McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, 10th Fl.
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMIRO MONTANEZ, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. S 04-0427 GEB <br><br> **GOVERNMENT'S MOTION TO DISMISS INDICTMENT; ORDER** |

Pursuant to Rule 48(a), F.R.Crim.P., the government hereby moves to dismiss the indictment in this case, without prejudice. The defendant is presently serving a fifteen year state prison sentence that was recently imposed. It is believed not to be an efficient use of prosecutorial and judicial resources to prosecute the pending federal charge. The defendant has made no appearance in this case.

Dated: August 18, 2006

                                       McGREGOR W. SCOTT
                                       U.S. Attorney

                             by             /s/
                                       RICHARD J. BENDER
                                       Assistant U.S. Attorney

It is so ORDERED,

Dated:  August 23, 2006

                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge